UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23251-BLOOM/Otazo-Reyes

AXIS INSURANCE COMPANY,

    Plaintiff,

v.

OLIVIA YACHT LTD.,

    Defendant.

_____/

**OLIVIA YACHT'S RESPONSE TO AXIS INSURANCE'S STATEMENT OF UNDISPUTED FACTS [DE 19] AND OLIVIA YACHT'S STATEMENT OF UNDISPUTED FACTS**

Defendant OLIVIA YACHT LTD., ("Olivia"), by and through undersigned counsel, herby responds to AXIS INSURANCE COMPANY's ("Axis") Statement of Undisputed Facts [DE 19] as follows:

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Undisputed.
6. Undisputed.
7. Undisputed.
8. Undisputed.
9. Undisputed.
10. Undisputed.

1

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Denied. The Bahamas Endorsement communicates extended Navigational Limits stating: "In consideration of the premium charged, the NAVIGATIONAL LIMITS shown on the Declarations Page is hereby amended to extend coverage to the territory or territorial waters of the Commonwealth of Bahamas for a period not to exceed 30 consecutive days during the policy period." DE 1, Ex. A., p. 3.

18. Undisputed the Declarations Page was not amended to modify the stated Navigational Limits, but denied the Policy's Navigational Limits were not amended by the Bahamas Endorsement. DE 1, Ex. A., p. 3; DE 19-4, Olivia Yacht's Response to Second Requests for Admission, No. 38 (Request: Prior to the Incident, AXIS never advised Olivia Yacht Ltd. in writing that it was removing the Policy's stated Navigational Limits. Response: Denied as Axis issued the Bahamas Endorsement and took other actions indicating it had waived, lifted or amended the stated Navigational Limits.")

19. Undisputed.

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. Undisputed the Vessel was located outside of the Navigation Limits stated in the Policy's Declarations page, but denied theses Navigational Limits were in effect because they were amended by the Bahamas Endorsement and thereby waived the port risk navigational limits.  DE 1, Exhibit A., p. 3.

27. Undisputed.

28. Undisputed coverage was denied only because the Vessel was outside the "port risk" Navigational Limits stated in the Policy's declarations page.  DE 19- 6, *Declination Letter*.

## OLIVIA YACHT'S STATEMENT OF UNDISPUTED FACTS

1. On or about June 24, 2020, AXIS, through its Stacks Insurance Brokerage (the "Broker"), provided a quote Quote#:1173329 offering to insure the Vessel for a yearly premium of $4,429.00 with an insured value of $250,000 and navigational limits stated as: "Inland and coastwise waters of the United States and Canada including the territorial waters of the Bahamas for a maximum of 30 consecutive days." **Exhibit 1**, *Quote#:1173329*.

```
Prepared Wednesday, June 24, 2020 for:                                  Quote#:1173329

Olivia Yacht LTD
Coral Gables, FL 33146
                                            Secured by: Stacks Brokerage Corp, 754-212-4459
                                            FL Lic #: L102919
We are pleased to provide this quote for your:
                            2007 Schaefer Yacht Phantom 500
The yearly premium of ***$4,429.00*** is for the following coverage:
Boat:                   $250,000
Consequential Losses:   Included             Deductible:        $7,500
                                             Liability:         $1,000,000
Pollution &             $939,800             Towing:            $1,000
Contamination:
Personal Property:      $2,500 ($250 Ded)    Medical Payments:  $25,000
Uninsured Boaters:      Included
Located in: Coral Gables, FL 33143
                    Call to make sure you are getting all possible discounts.
                                    Discounts Applied
                  Experience Credit   Loss Free        Boating Safety Course
IMPORTANT MESSAGES: this is a brief outline of the policy. Please read the contract and
endorsements for terms & conditions of the coverage. If you have any questions, please call your agent
at 754-212-4459.
Navigational Limits: Inland and coastwise waters of the United States and Canada including the
territorial waters of the Bahamas for a maximum of 30 consecutive days.
```

3

2. On July 7, 2020, Yacht Olivia informed the Broker by email that it had completed the recommended repairs which had limited coverage to "port risk" rather than the initially quoted "Inland and coastwise waters of the United States and Canada including the territorial waters of the Bahamas for a maximum of 30 consecutive days." Exhibit 2, p. 3.

**Exhibit 2**, *7.7.20 Email to Brokers*.

> **From:** Bruno Cubiaco <bruno.cubiaco@brazilyachtservices.com>
> **Sent:** 07 July 2020 14:10
> **To:** Adam Tarleton <adam@brazilyachtservices.com>
> **Cc:** Leonardo Aleman <Leonardo@brazilyachtservices.com>; KAMI KOUKOULAS <kami@stacksbrokerage.com>
> **Subject:** Re: Olivia Yacht LTD
>
> Hi Kami and Adam,
>
> I have all 3 recommendations done.
>
> Please let move fwd with the insurance
>
> Kami as we talk I will send picture report and invoice about services as proof of execution
>
> Please let me know if we have any other pending

3

DEF Olivia Yacht 000023<br>D's Suppl Initial Disclosures

3. The Broker stated that a document she referred to as a "Letter of Compliance" was needed to confirm the requested repairs were completed; however, a letter of compliance form was never provided for YO to complete and the Policy was issued along with an endorsement which modified the port risk coverage stated in the Declarations Page of the Policy beyond port risk. Exhibit 2, p.4; DE 1, pl. 1 and 3.

4. As Axis Insurance concedes in paragraph 16 of its Statement of Undisputed Facts, the Policy included a "Bahamas Coverage Endorsement" which appeared as follows:

## BAHAMAS COVERAGE ENDORSEMENT

Named Insured: Olivia Yacht LTD
Policy Number: S35463202

**This endorsement modifies the insurance provided by your policy as identified above.  Please read it carefully.**

In consideration of the premium charged, the NAVIGATIONAL LIMITS shown on the Declarations Page is hereby amended to extend coverage to the territory or territorial waters of the Commonwealth of Bahamas for a period not to exceed 30 consecutive days during the policy period. All coverage under this policy will be suspended until your insured property returns to the United States.  Payment for any loss in the Bahamas will be made in the United States.  We will only pay for those repairs made in the Bahamas that are required in order to return your Insured Property to the United States and we will not pay more than the reasonable cost for any repairs than would usually be charged at the nearest port of call in the United States where the repairs could have been made.

Part B: General Limitations and Exclusions, Item 10 is hereby amended to add:

c. at any time if your Insured Property is located in the territory or territorial waters of the Commonwealth of Bahamas.

All other terms and conditions remain unchanged.

DE 19 Para. 16 (emphasis in original ); DE 1, Exhibit A., p. 3 (highlighting added).

5. On July 10, 2020, the Policy became effective and beginning immediately Axis Insurance billed and collected monthly payments for the full premium amount quoted for coverage with Navigational Limits which included the "Inland and coastwise waters of the United States and Canada including the territorial waters of the Bahamas for a maximum of 30 consecutive days." **Exhibit 1**, *Axis Insurance Quote#:1173329*; Exhibit E.

6. Contrary to Axis Insurance's allegation that "Olivia Yacht received a lower premium as a result of the inclusion of the Navigational Limits on the Policy", Axis Insurance billed and Olivia Yacht paid the premium for coverage including navigation in the United States and the Bahamas.  *Compare* DE 1 ¶ 21 *with* **Exhibit 3**, Payments by Olivia Yacht (showing premium of $4,429 paid by Olivia Yacht) and Exhibit 1 (showing premium of $4,429 for coverage including navigation in U.S. and Bahamas).

7. After coverage became effective and until the loss, nobody from Axis Insurance informed

Yacht Olivia that it was paying full premiums for only port risk coverage.

8. On May 23, 2020, the Vessel suffered a total loss while located within the Inland and coastwise waters of the United States. **Exhibit 4**, *USCG Notice of Federal Interest*.

9. As conceded by Axis Insurance in its Statement of Material facts, "Emmanuel Hermann explained that, on the date of loss, going to the Bahamas 'was the plan initially' but due to the wind 'we cancelled and we decided to just to go closer.'" DE 19 ¶ 21 citing *DE 1-1, Olivia Yacht Corporate Representative Deposition, 87:19–24.*

10. On May 24, 2021, after the loss, Axis Insurance agreed to renew the Policy, but at an increased premium of *$4,941* and accepted OY's June 2021 payment. Exhibit 3.

11. Axis Insurance has never claimed and there is no evidence to support the idea that the Broker's repair recommendations were not properly completed or that the failure to complete any recommendations caused or contributed to the loss.

12. Axis Insurance has not refunded any of the premiums it collected related to the Policy – not even the premium amounts paid after the Vessel became a total loss.

Dated: August 8, 2022                                Respectfully submitted,

                                                  **MOORE & COMPANY, P.A.**
*Attorneys for Defendant*
*OLIVIA YACHT LTD/Insured*
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: Michael@moore-and-co.com
Email: cnaughton@moore-and-co.com

s/Clay M. Naughton
Clay M. Naughton, Esq.
Fla. Bar No. 029302

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Copies of this pleading will be automatically served on all counsel of record through the Court's CM/ECF system.

s/Clay M. Naughton<br>
Clay M. Naughton, Esq.